J. Michael Brown, *et al.*,

v.

Jones County Junior College, *et al.*

Complaint for Injunctive Relief, Declaratory Relief, and Damages

# Exhibit A

        during the Committee's deliberations
5. Present evidence in his/her own behalf including witnesses
6. Have reasonable cross-examination of the testimony against him/her

**HEARING PROCEDURES**
1. The college promises to all students access to due process.
2. Hearings will not be open to the public.
3. Records of the disciplinary hearings of the Student Affairs Committee will be documented and a secretary will be provided to keep a written digest of the proceedings. Records will be kept by the Vice President of Student Affairs in a locked file. Only those persons directly involved in a case may have access to the records pertaining thereto.
4. The hearing will be conducted in an orderly manner.
5. The accused will have an opportunity to be heard in his own defense. All recommendations of action shall be based upon the evidence presented which are determined to be in compliance of policies, rules, and regulations.
6. The accused will have the opportunity to hear and refute all testimony against him/her. The accused may present any evidence in his own behalf, may reply to charges in his own words, and may present testimony in his behalf or have others present to testify on their behalf only related to the case at hand.
7. All matters upon which the decision is based must be introduced during the hearing.
8. The committee will consider the case in private and deliver the verdict directly to the accused.
9. Right to the appeals process by consulting the Office of Student Affairs.

**CODE OF CONDUCT**
To order college living in such a way that the interests of the college community as a whole and of the individual members are best served, the administration, faculty, and Student Government

93

Association have collaboratively established the following Code of Conduct. Although not all-inclusive, these statements concerning conduct apply to all students. Violation of this code would cause students to be subject to disciplinary actions. Students who register at the college agree to conform to its regulations and policies. The Student Affairs Committee may take action they deem appropriate for any violation of college regulations. The following actions are violations of college regulations:

1. The manufacture, use, sale, possession, consumption, distribution, or abuse of mind altering or controlled substances, or evidence of consumption of controlled substances while on campus or a college approved activity on or off campus. Any student convicted of illegal use, possession, or sale of a drug may be suspended from the residence halls of Jones County Junior College for one calendar year regardless of whether or not the illegal act that gave rise to the conviction was committed on the College campus.
2. The possession, consumption or evidence of consumption
of alcoholic beverages while on campus, or a college approved activity on or off campus. Evidence of consumption includes the possession of an empty container on campus or at a college approved activity on or off campus.
3. Use of tobacco product (in any form) the use of synthetic
smoking products or the use of electronic smoking products on college-owned property or in college-owned vehicles.
4. Physical abuse, fighting, threats of physical abuse, mental abuse, bullying or hazing of any person including self on campus or at college-sponsored or supervised functions or conduct of any type which threatens or endangers the health or safety of any person (including self). Hazing is defined as the subjection of any student to any embarrassing, ridiculous, humbling, or abusive act willingly or unwillingly.
5. Any form of actual or attempted sexual assault, domestic violence, dating violence, or stalking, as defined by college policy (p 107-108).
6. Participation in gambling activities of any form.

94

7. Intentionally issuing bad checks, ignoring legally binding financial obligations, or failure to pay indebtedness to the college.
8. Plagiarism, cheating, or knowingly furnishing false information to the college with intent to deceive or other forms of dishonesty in college related affairs.
9. Disruptive activity, which is any action by an individual, group, or organization to impede, interrupt, interfere with, or disturb the holding of classes, the conduct of college business, or unauthorized events and activities of any and all segments of the college.
10. Failure to comply with directions of college officials or law enforcement officers acting in the performance of their duties or to identify oneself to these officers when requested to do so. For this purpose, all students are required to have their identification cards on their person at all times when outside the residence hall to which they have been assigned by the institution. The same regulations apply to students who are domiciled elsewhere. ID cards are used for identification of students in case of accidents, emergencies, or cases where students are suspected of involvement of violations. Lending this card to anyone or failure to present it when requested by authorized personnel is a violation of college regulations and subjects the holder to disciplinary action.
11. Forgery, alteration, or misuse of college documents, records, or ID cards. Students falsifying admission records may be denied admission to the college.
12. Failure to adhere to official notices from college personnel, including electronic notices and notices on bulletin boards. Ignorance of notices will not be accepted as an excuse.
13. Disorderly conduct or breach of the peace including rioting, inciting a riot, assembling to riot, inciting to raid, and assembling to raid college units.
14. Possession of firearms, explosives (including fireworks), swords, daggers, straight razors, knives, dangerous chemicals or other weapon on campus or in automobiles in campus parking areas.
15. Knowingly issuing a false report of a bomb, explosive, firearm, dangerous chemical or other weapon, or knowingly activating a false fire alarm.

95

16. Obstruction of the free flow of traffic, both pedestrian and vehicular, on college-owned or college-controlled property, or violation of campus motor vehicle regulations.
17. Disorderly conduct, sexual assault, lewd, indecent, or obscene conduct, or public profanity on campus or at a college function.
18. Refusing to report to an administrative office when requested to appear.
19. Vandalism or malicious destruction, damage, or misuse of public or private property, including library materials.
20. Theft, larceny, embezzlement, or the temporary taking of the property of another.
21. Violation of campus curfew (2:00 am unless notified by Housing Office of earlier time) or violation of campus quiet hours (beginning at 10pm unless otherwise notified).
22. Unauthorized entry into or use of college facilities, including both buildings and grounds, or aiding unauthorized entry or use by another person.
23. Use of open flame of any kind (candles are specifically prohibited in residence halls) or intentionally setting or adding to an unauthorized fire on campus.
24. Failure to adhere to emergency procedures as instructed by college personnel.
25. Violation of College policies on audio/video recording, cell phones, or the Electronic Usage policy.
26. Violations of college established policies or regulations, including regulations in the Student Handbook and other college publications pertaining to student organizations, students, faculty, administrative staff, non-academic employees, or procedures concerning the time, place, and manner of public expression.
27. Violation of rules governing residence on college-owned or college-controlled property.
28. Violation of state, local, or federal laws.
29. Student conduct which shows disrespect and significantly interferes with college teaching, research, administration, disciplinary procedures, or other activities, including public service functions or other authorized activities on college premises.

96

In addition to these rules and regulations, all state laws pertaining to any act which, if committed within the State of Mississippi, would be criminal and punishable will also be criminal and punishable on the Jones campus, as authorized by Chapter 105, Section 37-105-9, Mississippi Code 1972. This Code of Conduct is not and does not attempt to be totally comprehensive. All students are expected to conduct themselves on and off campus in such a manner as to reflect the highest ideals of themselves and Jones County Junior College.

**DISCIPLINARY ACTIONS**

The Vice President of Student Affairs by delegated authority is assigned the responsibility of dealing will all disciplinary matters concerning the behavior of individuals, groups and/or student organizations. Disciplinary probation, fines, or other action may be imposed by the Vice President of Student Affairs or his designee when involving minor infractions in lieu of an appearance before the disciplinary committee, provided the student agrees to such action as imposed. The student will sign a statement of acceptance which will be maintained in the confidentiality file in the Office of Student Affairs. Disciplinary probation as imposed by the Vice President of Student Affairs may be accompanied by whatever restrictions the Vice President of Student Affairs deems necessary to impose.

If disciplinary procedures are referred to the Student Affairs Committee, the committee may follow several courses of actions. Separation from the College may be imposed, which may take any of the following forms:

1. Suspension for the remainder of any semester in progress
2. Suspension for a longer, but definitely stated period of time
3. Indefinite suspension with a date established for the privilege of applying for readmission, such application to be reviewed and acted upon by the Committee
4. To recommend expulsion, which implies permanent separation from the College, The Vice President of Student Affairs or his designee will be present at each meeting to confer with the Chairman at his request about procedure. The Vice President of Student Affairs shall designate the person who will present evidence to the Committee on behalf of the College.

97