J. Michael Brown, *et al.*,

v.

Jones County Junior College, *et al.*

Complaint for Injunctive Relief, Declaratory Relief,
and Damages

# Exhibit B

1.  Members of the Student Council are requested to solicit recommendations from the academic and technical divisions. Student Council members may make nominations.

2.  Students who have a minimum 3.5 GPA with 24 hours credit are automatically nominated by the college.

3.  Nominees must be eligible for graduation in May or August of the current year.

    The committee who selects "Who's Who" is comprised of faculty members representing the various divisions, personnel with direct student contact, and the Vice President of Student Affairs. A list of nominees is provided to the committee members that includes the name of the nominee, major course of study, grade point average, graduation eligibility, and known activities in which the nominee participates.

The Hall of Fame recipients are selected from Who's Who nominees and includes the students who have made major contributions to Jones while maintaining excellent grade point averages.

**STUDENT ACTIVITY POLICIES**

1.  Scheduling and Planning

    **a**. All college connected student activities conducted by a student organization at Jones County Junior College must be scheduled by the Vice President of Student Affairs. The Vice President of Student Affairs reserves the right to schedule or not schedule any activity. Where the activity is not scheduled, the sponsoring organization may request a hearing before the Student Affairs Committee. Only approved student organizations may conduct student activities on or off the campus.

    **b**. Permission for student activities may be obtained by completing the "Activity/Speaker Application Form" available on the myJones *Insider*. All requests are due in the Office of the Student Affairs five days preceding the activity. All student activities will be scheduled on the activities calendar in the Office of Student Affairs by the designated advisor.

    **c**. In the event that any organization may desire to appeal the decision of the Vice President of Student Affairs on any matter, this may be done by making a request in writing to the Vice President of Student Affairs within two days after

111

said decision is rendered. The Student Affairs Committee will act on the appeal no sooner than two days after the appeal is received by the Vice President of Student Affairs.

**d**. The administration holds the officers of organizations responsible for the planning, scheduling, and overall conduct of the activities of their organizations. The President of the organization has primary responsibility in seeing that these activities are in accord with college regulations.

**e**. The college forbids the possession and/or consumption of alcoholic beverages (including beer) on campus and/or at any activity off campus sponsored by a student organization functioning at the college. The college will cooperate fully with state, county, and city laws dealing with alcohol in any age determinants listed in the laws.

**f**. Sponsoring organizations are expected to maintain certain standards or discreetness with respect to dress and behavior.

**g**. Infractions of the student activity policies will be referred to the Student Affairs Committee.

2. Assemblies Regulations

**a**. Any student parade, serenade, demonstration, rally, and/or other meeting or gathering for any purpose, conducted on the campus of the institution must be scheduled with the President or Vice President of Student Affairs at least 72 hours in advance of the event. (Forms available in Student Affairs) Names of the responsible leaders of the groups must be submitted to the institution at the time of scheduling. Organizations which meet at regular times and places may, schedule such meetings with the Office of Student Affairs at the beginning of each year.

**b**. Students assembling for any meeting not authorized in accordance with paragraph one are subject to proper disciplinary action. Students present at such unauthorized meetings are considered to be participants.

**c**. Any student found guilty at any time of a violation of the law including, but not limited to, destroying or damaging property on the institution campus under any circumstances will be subject to disciplinary action which may result in dismissal from the institution.

**d**. All students are required to have their ID cards on their person at all times when outside the residence hall to

112

which they have been assigned by the institution. The same regulations apply to other students who are domiciled elsewhere. Failure to have the ID card on one's person may result in disciplinary action. Giving of false information concerning identification of oneself or anyone else will be grounds for disciplinary action.

**e**. Any non-student parade, serenade, demonstration, rally, and/or other meeting or gathering for any purpose, conducted on the campus of the institution must be scheduled with the President or Vice President of Student Affairs at least 14 days in advance of the event. Names of responsible leaders of the group must be submitted at the time of scheduling. The terms and conditions of all authorizations for such assemblies will be determined by the institution.

**f**. Persons who assemble for any such meetings and who fail to comply with the requirements of Section e shall be deemed guilty of trespass and subject to arrest under Section 6724, Mississippi Code of 1942 as amended.

3. Speakers Regulations - Inviting Procedure
   **a**. Request - Prior approval of speakers must be obtained by completing the "Activity/Speaker Application Form" (available on myJones) 14 days prior to the date of proposed speaking engagement. The request shall include:
   1. Name and address of speaker
   2. Name of sponsoring organization
   3. Proposed date
   4. Time of meeting
   5. Expected size of audience
   6. Topic of speech

Decision Scheduled
   1. The invitation may be issued.
   2. If accepted, inform the Office of Student Affairs in writing of the acceptance.

Decision Not Scheduled
   1. Appeal to Student Affairs Committee.

113

**Dead Week**
The week and weekend preceding final exams will be dead week when no activities will be held unless authorized by the President or the Vice President of Student Affairs.

**ORGANIZATIONS AND CLUBS**
The students of Jones are afforded the opportunity of participation in the institution decision making via the Student Government. The Student Government Association serves as an effective and responsible link between the student body and the school administration in changing student policies when the need for such becomes apparent. Recommendations proposed by the Student Government are forwarded to the Vice President of Student Affairs for consideration. The Vice President of Student Affairs then forwards the recommendations to the President of the College for his decision.

Jones County Junior College is committed to the ideal that total education involves more than the pursuit of an outlined college course of study. Therefore, the college provides a variety of extra-curricular activities to supplement the course of study. There is a diversity of student organizations and clubs provided to students on the Jones campus. These organizations and clubs offer students an opportunity to train in the process of democracy and in personal relationships. The principle vehicle of student activity at Jones is the student organizations that may avail themselves of all the privileges relating thereto. Student organizations are characterized by a written constitution and by-laws, officers, an advisor, and a program of projects and activities through which they attempt to carry out their objective. Copies of the Constitution and Policy Steps for chartering new organizations may be obtained in the Student Affairs Office.

Students are urged to become an active member of one or more clubs. By doing so, they contribute more to themselves as well as to the total college program. A calendar of student activities will be kept by the Vice President of Student Affairs. The material on the calendar will be listed on the college calendar which includes all public, student and faculty activities that require permission for the use of the junior college facilities.

A list of clubs and sponsors can be obtained online.

**ELECTIONS**
Student elections are conducted regularly during the fall and

114