J. Michael Brown, *et al.*,

v.

Jones County Junior College, *et al.*

Complaint for Injunctive Relief, Declaratory Relief, and Damages

# Exhibit C

In addition to these rules and regulations, all state laws pertaining to any act which, if committed within the State of Mississippi, would be criminal and punishable will also be criminal and punishable on the Jones campus, as authorized by Chapter 105, Section 37-105-9, Mississippi Code 1972. This Code of Conduct is not and does not attempt to be totally comprehensive. All students are expected to conduct themselves on and off campus in such a manner as to reflect the highest ideals of themselves and Jones County Junior College.

**DISCIPLINARY ACTIONS**

The Vice President of Student Affairs by delegated authority is assigned the responsibility of dealing will all disciplinary matters concerning the behavior of individuals, groups and/or student organizations. Disciplinary probation, fines, or other action may be imposed by the Vice President of Student Affairs or his designee when involving minor infractions in lieu of an appearance before the disciplinary committee, provided the student agrees to such action as imposed. The student will sign a statement of acceptance which will be maintained in the confidentiality file in the Office of Student Affairs. Disciplinary probation as imposed by the Vice President of Student Affairs may be accompanied by whatever restrictions the Vice President of Student Affairs deems necessary to impose.

If disciplinary procedures are referred to the Student Affairs Committee, the committee may follow several courses of actions. Separation from the College may be imposed, which may take any of the following forms:

1. Suspension for the remainder of any semester in progress
2. Suspension for a longer, but definitely stated period of time
3. Indefinite suspension with a date established for the privilege of applying for readmission, such application to be reviewed and acted upon by the Committee
4. To recommend expulsion, which implies permanent separation from the College, The Vice President of Student Affairs or his designee will be present at each meeting to confer with the Chairman at his request about procedure. The Vice President of Student Affairs shall designate the person who will present evidence to the Committee on behalf of the College.

97

Confidentiality: The details relating to all disciplinary cases are confidential records and are maintained in the Office of Student Affairs. These files are not available to anyone outside the area of Student Affairs without the approval of the Vice President of Student Affairs.

The Student Affairs Committee shall be appointed by the college President. It shall be composed of a minimum of five members from the faculty. The chairman shall be appointed. Three members of the committee will constitute a quorum.

A student may appeal the decision of the Student Affairs Committee by presenting a written request to the Vice President of Student Affairs within five days after the decision is reached. The case and evidence will be reviewed through proper appeal channels.

**MISCONDUCT**

In order to protect the college's educational purposes and the college community, Student Code of Conduct cases may be referred to the Student Affairs Committee for action wherever it occurs when as a result of such conduct:

1. He/she is convicted of a felony.
2. He/she is formally charged by civil authorities with the commissions of a felony of such a nature that his/her continued presence at the College is potentially dangerous to the health and safety of the College community.
3. There is strong and convincing evidence that he/she has committed a felony of such a nature that his/her continued presence at the college is potentially dangerous to the health and safety of the college community but civil authorities have not brought charges or imposed penalties.
4. Students who have been charged or convicted of a felony will not be allowed to live in the residence halls at Jones County Junior College.
5. Interim Suspension: The Vice President of Student Affairs may suspend a student until due process is provided if it is determined that a student presents a clear and present danger to the institution by remaining in the College as a student before the Student Affairs Committee may meet.
6. The College reserves the right to search lockers, automobiles, rooms, individual persons and their possessions, by the appropriate personnel upon the

98