J. Michael Brown, *et al.*,

v.

Jones County Junior College, *et al.*

Complaint for Injunctive Relief, Declaratory Relief,
and Damages

# Exhibit D

