AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | | |
|---|---|---|
| J. MICHAEL BROWN; YOUNG AMERICANS FOR LIBERTY AT JONES COUNTY JUNIOR COLLEGE <br><br> *Plaintiff(s)* <br> v. <br> JONES COUNTY JUNIOR COLLEGE; ET. AL. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:19-cv-00127-KS-MTP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jones County Junior College
c/o Dr. Jesse Smith, in his capacity as President of Jones County Junior College
900 South Court Street
Ellisville, MS 39437

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Cody W. Gibson, Esq
Gibson & Mullennix, PLLC
405 Tombigbee St.
Jackson, MS 39201.
Phone: 601-948-9840
Fax: 601-969-7514

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ARTHUR JOHNSTON
CLERK OF COURT

Date: SEP 06 2019

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:19-cv-00127-KS-MTP

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JONES COUNTY JUNIOR COLLEGE, c/o DR. JESSE SMITH, in his capacity as President of Jones County Junior College was received by me on *(date)* Sep 10, 2019.

[X] I personally served the summons on the individual at *(place)* 900 S COURT ST, ELLISVILLE, MS 39437 on *(date)* Thu, Sep 12 2019 ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 9/12/19

*Server's signature*

Terry Keith

*Printed name and title*

Quantum Process, LLC 418 Pittman Rd., Ellisville, MS 39437
(601)800-2004

*Server's address*