**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**J. MICHAEL BROWN; YOUNG AMERICANS FOR**
**LIBERTY AT JONES COMMUNITY JUNIOR COLLEGE**                    **PLAINTIFFS**

**V.**                                                    **Case No.:  2:19-cv-127-KS-MTP**

**JONES COUNTY JUNIOR COLLEGE; BOARD OF TRUSTEES**
**OF JONES COUNTY JUNIOR COLLEGE; JESSE SMITH, in**
**his individual and official capacity; MARK EASLEY, in**
**his individual and official capacities; GWEN MAGEE,**
**In her individual and official capacities; STAN**
**LIVINGSTON, in his individual and official capacities**                    **DEFENDANTS**

**DEFENDANTS' UNOPPOSED MOTION FOR**
**ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND**

Defendants Jones County Junior College; Board of Trustees of Jones County Junior

College; Jesse Smith; Mark Easley; Gwen Magee; and Stan Livingston (collectively,

"Defendants"), reserving all rights and defenses available to them, request that this Court enlarge

until Thursday, October 31, 2019, their time for filing a response to the Complaint [Doc. 1] filed

by Plaintiffs. In support, Defendants state:

1.    Plaintiff served his Complaint on the College on September 12, 2019, making the

College's deadline to answer or otherwise respond October 3, 2019.

2.    Plaintiff served his Complaint on the Board on September 17, 2019, making the

Board's deadline to answer or otherwise respond October 8, 2019.

3.    Plaintiff served his Complaint on Jesse Smith on September 12, 2019, making

Jesse Smith's deadline to answer or otherwise respond October 3, 2019.

4.    Plaintiff served his Complaint on Mark Easley on September 11, 2019, making

Mark Easley's deadline to answer or otherwise respond October 2, 2019.

5.      Plaintiff served his Complaint on Gwen Magee on September 12, 2019, making Gwen Magee's deadline to answer or otherwise respond October 3, 2019.

6.      Plaintiff served his Complaint on Stan Livingston on September 12, 2019, making Stan Livingston's deadline to answer or otherwise respond October 3, 2019.

7.      Counsel for Defendants have recently been retained and, due to other obligations, require additional time in which to review and investigate Plaintiff's allegations.

8.      Defendants respectfully request until and through October 31, 2019, in which to serve their responsive pleadings. Defendants specifically reserve all rights and defenses to which they may be entitled.

9.      This Motion is unopposed; it is not made for the purpose of delay; and no party will suffer prejudice if the Motion is granted.

FOR THESE REASONS, Defendants respectfully request that this Court enter an Order allowing Defendants up to and including October 31, 2019, to answer or otherwise respond to the Complaint. Defendants request such other relief as the Court deems appropriate under the circumstances.

THIS, the 27th day of September, 2019.

Respectfully submitted,

JONES COUNTY JUNIOR COLLEGE; BOARD OF TRUSTEES OF JONES COUNTY JUNIOR COLLEGE; JESSE SMITH; MARK EASLEY; GWEN MAGEE; AND STAN LIVINGSTON


*/s/ Paul B. Watkins, Jr.*
J. CAL MAYO, JR. (MB NO. 8492)
PAUL B. WATKINS, JR. (MB NO. 102348)
ATTORNEYS FOR DEFENDANTS

OF COUNSEL:

MAYO MALLETTE PLLC
5 University Office Park
2094 Old Taylor Road
Post Office Box 1456
Oxford, Mississippi 38655
Tel: (662) 236-0055
Fax: (662) 236-0035
cmayo@mayomallette.com
pwatkins@mayomallette.com