# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

J. MICHAEL BROWN                                                                                               PLAINTIFF

V.                                                                                  Case No.:  2:19-cv-127-KS-MTP

JONES COUNTY JUNIOR COLLEGE; BOARD OF TRUSTEES
OF JONES COUNTY JUNIOR COLLEGE; JESSE SMITH, in
his individual and official capacity; MARK EASLEY, in
his individual and official capacities; GWEN MAGEE,
In her individual and official capacities; STAN
LIVINGSTON, in his individual and official capacities                    DEFENDANTS

## NOTICE OF SERVICE OF
## DISCLOSURE OF CORE INFORMATION

TO:    All Counsel of Record

Notice is given that, on the date entered below, Defendants disclosed to Plaintiff, the information required by L.U.Civ.R. 26(a).

THIS, the 11th day of August, 2020.

Respectfully submitted,

**JONES COUNTY JUNIOR COLLEGE; BOARD OF TRUSTEES OF JONES COUNTY JUNIOR COLLEGE; JESSE SMITH; MARK EASLEY; GWEN MAGEE; AND STAN LIVINGSTON**

*/s/ Paul B. Watkins, Jr.*
J. CAL MAYO, JR. (MB NO. 8492)
PAUL B. WATKINS, JR. (MB NO. 102348)
ATTORNEYS FOR DEFENDANTS

OF COUNSEL:

MAYO MALLETTE PLLC
5 University Office Park
2094 Old Taylor Road
Post Office Box 1456
Oxford, Mississippi 38655
Tel: (662) 236-0055
Fax: (662) 236-0035
cmayo@mayomallette.com
pwatkins@mayomallette.com